458 A.2d 281

Collette et al., Appellants v. Covart.

626

Argued June 2, 1982.   John T. Stieh, for appellants;  Sanford D. Beecher, Jr., for appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

The order is affirmed.